UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC HILTON,

    Plaintiff(s),

V.                              CASE NO. 17-11366
                                 HON. LINDA V. PARKER

MIDLAND FUNDING LLC., et al

    Defendant(s).
                                        /

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 29] on November 21, 2017;   Accordingly, the above-entitled action is DISMISSED.

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated:  November 22, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 22, 2017, by electronic and/or ordinary mail.

                                            s/R. Loury
                                            Case Manager